**EXHIBIT A**



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington D.C. 20240



May 6, 2024

Via email: thudkins@bernsteinlaw.com

Trisha Hudkins
Bernstein-Burkley, P.C.
48 14th Street
Ste 301
Wheeling, WV 26003

REF: DOI-FWS-2024-000535

Dear : Trisha Hudkins

The United States Fish and Wildlife Service (FWS) Freedom of Information Act (FOIA) office received your request dated May 02, 2024, and assigned it tracking number DOI-FWS-2024-000535. Please cite this number in any future communications with our office regarding your request for:

> *Copies of the following public records regarding nationwide permits, Indiana Bat Conservation Plans, or other applications sought for oil and gas drilling activity, specifically, new wells, proposed drill sites, planned drill sites, including but not limited to all preconstruction notifications, consultation requests, and bat surveys, in the following counties in the state of West Virginia: Brooke, Ohio, Marshall, Wetzel, Marion, Monongalia, Tyler, Doddridge, Harrison, Ritchie, and Pleasants. (Date Range for Record Search: From 04/12/2024 To 05/02/2024)*

### Fee Category and Fee

We have classified you as a **"commercial use" requester**. As such, we may charge you for all search, review, and duplication costs for processing this request. See 43 C.F.R. § 2.39. However, if our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. See 43 C.F.R. § 2.37(g).

#### Multitrack Processing

We use Multitrack Processing to process FOIA requests. The Simple track is for requests that would generally take one to five workdays to process. The Normal track is for requests that would generally take six to twenty workdays to process. The Complex track is for requests that would generally take twenty-one to sixty workdays to process. The Extraordinary track is for requests that would generally take more than sixty workdays to process. The Expedited track is

Page 2                                May 6, 2024

for requests that have been granted expedited processing, which are processed as soon as practicable. Within each track, requests are usually processed on a first-in, first-out basis.

Your request falls into the Normal processing track. There are 160 requests pending ahead of yours in this processing track. Presuming that our current FOIA capacity and burden remain constant, we expect that we will dispatch a determination to you by June 04, 2024.

If you have any questions, please don't hesitate to contact me.

Sincerely,


Matthew Sullivan
Government Information Specialist

U.S. Fish and Wildlife Service
ATTN: FOIA Office
5275 Leesburg Pike
MS: IRTM
Falls Church, VA 22041

(916) 414-6682 (office)
matthew_sullivan@fws.gov

An official website of the United States government
Here's how you know



 FOIA.gov

MENU

Thank you for visiting FOIA.gov, the government's central website for FOIA. We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1266391

# Success!

## Your FOIA request has been created and is being sent to the U.S. Fish and Wildlife Service.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

Ranita Jackson, FOIA Officer

571-547-3153

ranita_jackson@fws.gov

FOIA Requester Service Center

(303) 275-2348

Natasha Jones, Public Liaison

(888) 603-7119

doifoiapublicliaison@sol.doi.gov

Ranita Jackson, FOIA Officer, MS: IRTM
5275 Leesburg Pike
Falls Church, VA 22041

fwhq_foia@fws.gov

---

# Request summary

Request submitted on **June 18, 2024**.

The confirmation ID for your request is **1266391**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Trisha Hudkins

**Mailing address**
32 20th Street
Suite 301
Wheeling, WV 26003
United States

**Phone number**
412-456-8100

**Fax number**
412-456-8135

**Company/organization**
Bernstein-Burkley, P.C.

**Email**
thudkins@bernateinlaw.com

---

## Your request

I write pursuant to the Freedom of Information Act 5 U.S.C. § 552., ("FOIA"). Pursuant to FOIA, I am requesting an opportunity to inspect or obtain copies of the following public records regarding nationwide permits, Indiana Bat Conservation Plans, or other applications sought for oil and gas drilling activity, specifically, new wells, proposed drill sites, planned drill sites, including but not limited to all preconstruction notifications, consultation requests, and bat surveys from May 3, 2024 to the date of this request, which is June 18, 2024, in the following counties in the state of West Virginia: • Brooke • Ohio • Marshall • Wetzel • Marion • Monongalia • Tyler • Doddridge • Harrison • Ritchie • Pleasants

---

## Additional information

**Are you seeking these records from a particular park, refuge, site, or other location?**
Requesting from the following counties: • Brooke • Ohio • Marshall • Wetzel • Marion • Monongalia • Tyler • Doddridge • Harrison • Ritchie • Pleasants

---

## Fees

**What type of requester are you?**
other

**Fee waiver**
no

---

## Request expedited processing

**Expedited processing**

no



## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ⬈  CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV ⬈



An official website of the United States government
Here's how you know



# FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1556496

# Success!

## Your FOIA request has been created and is being sent to the U.S. Fish and Wildlife Service.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

Ranita Jackson, FOIA Officer

571-547-3153

ranita_jackson@fws.gov

FOIA Requester Service Center

(303) 275-2348

Natasha Jones, Public Liaison

(888) 603-7119

doifoiapublicliaison@sol.doi.gov

Ranita Jackson, FOIA Officer, MS: IRTM
5275 Leesburg Pike
Falls Church, VA 22041

fwhq_foia@fws.gov

---

# Request summary

Request submitted on**September 26, 2024**.

The confirmation ID for your request is **1556496**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Trisha Hudkins

**Mailing address**
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
United States

**Phone number**
412-456-8100

**Fax number**
412-456-8135

**Company/organization**
Bernstein-Burkley, P.C.

**Email**

thudkins@bernsteinlaw.com

## Your request

To Whom it May Concern: I write pursuant to the Freedom of Information Act 5 U.S.C. § 552., ("FOIA"). Pursuant to FOIA, I am requesting an opportunity to inspect or obtain copies of the following public records regarding nationwide permits, Indiana Bat Conservation Plans, or other applications sought for oil and gas drilling activity, specifically, new wells, proposed drill sites, planned drill sites, including but not limited to all preconstruction notifications, consultation requests, and bat surveys from September 1, 2022 to September 26, 2024 in the following counties in the state of Ohio: • Noble • Washington • Monroe • Belmont • Guernsey • Morgan • Tuscarawas • Carroll • Stark • Jefferson • Harrison • Columbiana If there are any fees for searching or copying these records, please inform me if the cost will exceed $1,000.00. This information is not being sought for commercial purposes. Please provide the requested records within the 20-day time period provided by FOIA. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might expect copies or the ability to inspect the requested records. If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law. Should you require any clarity regarding this request, please contact me at 412-456-8105.

## Fees

**What type of requester are you?**
other

**Fee waiver**
no

**The amount of money you're willing to pay in fees, if any**
1000.00

# Request expedited processing

**Expedited processing**
no



## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit 🔗 CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV 🔗

An official website of the United States government
Here's how you know



 **FOIA.gov**

MENU

Thank you for visiting FOIA.gov, the government's central website for FOIA. We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1781161

# Success!

## Your FOIA request has been created and is being sent to the U.S. Fish and Wildlife Service.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

Ranita Jackson, FOIA Officer

571-547-3153

ranita_jackson@fws.gov

FOIA Requester Service Center

(303) 275-2348

Elisabeth W. McCarty, Public Liaison

(888) 603-7119

doifoiapublicliaison@sol.doi.gov

Ranita Jackson, FOIA Officer, MS: IRTM
5275 Leesburg Pike
Falls Church, VA 22041

fwhq_foia@fws.gov

---

# Request summary

Request submitted on **December 11, 2024**.

The confirmation ID for your request is **1781161**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Kerri Sturm

**Mailing address**
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
United States

**Phone number**
412-456-8100

**Fax number**
412-456-8135

**Company/organization**
Bernstein-Burkley, P.C.

**Email**

ksturm@bernsteinlaw.com

---

## Your request

To Whom it May Concern: I write pursuant to the Freedom of Information Act 5 U.S.C. § 552., ("FOIA"). Pursuant to FOIA, I am requesting an opportunity to inspect or obtain copies of the following public records regarding nationwide permits, Indiana Bat Conservation Plans, or other applications sought for oil and gas drilling activity, specifically, new wells, proposed drill sites, planned drill sites, including but not limited to all preconstruction notifications, consultation requests, and bat surveys from August 1, 2024 to December 11, 2024 in the following counties in the state of West Virginia: • Brooke • Ohio • Marshall • Wetzel • Marion • Monongalia • Tyler • Doddridge • Harrison • Ritchie • Pleasants If there are any fees for searching or copying these records, please inform me if the cost will exceed $1,000.00. This information is not being sought for commercial purposes. Please provide the requested records within the 20-day time period provided by FOIA. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might expect copies or the ability to inspect the requested records. If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law. Should you require any clarity regarding this request, please contact me at 412-456-8167.

---

## Additional information

**Are you seeking these records from a particular park, refuge, site, or other location?**
• Brooke • Ohio • Marshall • Wetzel • Marion • Monongalia • Tyler • Doddridge • Harrison • Ritchie • Pleasants

---

## Fees

**What type of requester are you?**
other

**Fee waiver**
no

**The amount of money you're willing to pay in fees, if any**
1000.00

---

# Request expedited processing

**Expedited processing**
no



**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ⧉ CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV ⧉

An official website of the United States government
Here's how you know





# FOIA.gov

<div style="border:1px solid">MENU</div>

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1921126

# Success!

## Your FOIA request has been created and is being sent to the U.S. Fish and Wildlife Service.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

Ranita Jackson, FOIA Officer

571-547-3153

ranita_jackson@fws.gov

FOIA Requester Service Center

(303) 275-2348

Elisabeth W. McCarty, Public Liaison

(888) 603-7119

doifoiapublicliaison@sol.doi.gov

Ranita Jackson, FOIA Officer, MS: IRTM
5275 Leesburg Pike
Falls Church, VA 22041

fwhq_foia@fws.gov

---

# Request summary

Request submitted on **February 3, 2025**.

The confirmation ID for your request is **1921126**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Kerri Sturm

**Mailing address**
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
United States

**Phone number**
412-456-8100

**Fax number**
412-456-8135

**Company/organization**
Bernstein-Burkley, P.C.

**Email**

ksturm@bernsteinlaw.com

---

## Your request

Re: United States Freedom of Information Act To Whom it May Concern: I write pursuant to the Freedom of Information Act 5 U.S.C. § 552., ("FOIA"). Pursuant to FOIA, I am requesting an opportunity to inspect or obtain copies of the following public records regarding nationwide permits, Indiana Bat Conservation Plans, or other applications sought for oil and gas drilling activity, specifically, new wells, proposed drill sites, planned drill sites, including but not limited to all preconstruction notifications, consultation requests, and bat surveys from September 27, 2024 to the date of this letter, February 3, 2025, in the following counties in the state of Ohio: • Noble • Washington • Monroe • Belmont • Guernsey • Morgan • Tuscarawas • Carroll • Stark • Jefferson • Harrison • Columbiana If there are any fees for searching or copying these records, please inform me if the cost will exceed $1,000.00. This information is not being sought for commercial purposes. Please provide the requested records within the 20-day time period provided by FOIA. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might expect copies or the ability to inspect the requested records. If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law. Should you require any clarity regarding this request, please contact me at 412-456-8167.

---

## Additional information

**Are you seeking these records from a particular park, refuge, site, or other location?**
for the following counties in Ohio • Noble • Washington • Monroe • Belmont • Guernsey • Morgan • Tuscarawas • Carroll • Stark • Jefferson • Harrison • Columbiana

---

## Fees

**What type of requester are you?**

other

**Fee waiver**
no

**The amount of money you're willing to pay in fees, if any**
1000.00

---

# Request expedited processing

**Expedited processing**
no



**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ⬏ CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

USA.GOV

 An official website of the United States government
Here's how you know



# FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1921136

# Success!

## Your FOIA request has been created and is being sent to the U.S. Fish and Wildlife Service.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

Ranita Jackson, FOIA Officer

571-547-3153

ranita_jackson@fws.gov

FOIA Requester Service Center

(303) 275-2348

Elisabeth W. McCarty, Public Liaison

(888) 603-7119

doifoiapublicliaison@sol.doi.gov

Ranita Jackson, FOIA Officer, MS: IRTM
5275 Leesburg Pike
Falls Church, VA 22041

fwhq_foia@fws.gov

---

# Request summary

Request submitted on**February 3, 2025**.

The confirmation ID for your request is **1921136**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

# Contact information

**Name**
Kerri Sturm

**Mailing address**
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
United States

**Phone number**
412-456-8100

**Fax number**
412-456-8135

**Company/organization**
Bernstein-Burkley, P.C.

**Email**

ksturm@bernsteinlaw.com

---

## Your request

Re: United States Freedom of Information Act To Whom it May Concern: I write pursuant to the Freedom of Information Act 5 U.S.C. § 552., ("FOIA"). Pursuant to FOIA, I am requesting an opportunity to inspect or obtain copies of the following public records regarding nationwide permits, Indiana Bat Conservation Plans, or other applications sought for oil and gas drilling activity, specifically, new wells, proposed drill sites, planned drill sites, including but not limited to all preconstruction notifications, consultation requests, and bat surveys from December 12, 2024 to the date of this letter, February 3, 2025, in the following counties in the state of West Virginia: • Brooke • Ohio • Marshall • Wetzel • Marion • Monongalia • Tyler • Doddridge • Harrison • Ritchie • Pleasants If there are any fees for searching or copying these records, please inform me if the cost will exceed $1,000.00. This information is not being sought for commercial purposes. Please provide the requested records within the 20-day time period provided by FOIA. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might expect copies or the ability to inspect the requested records. If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law. Should you require any clarity regarding this request, please contact me at 412-456-8167.

---

## Additional information

**Are you seeking these records from a particular park, refuge, site, or other location?**
In the following counties in the state of West Virginia: • Brooke • Ohio • Marshall • Wetzel • Marion • Monongalia • Tyler • Doddridge • Harrison • Ritchie • Pleasants

---

## Fees

**What type of requester are you?**
other

**Fee waiver**
no

**The amount of money you're willing to pay in fees, if any**
1000.00

---

# Request expedited processing

**Expedited processing**
no



**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ⬈ CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV ⬈