**EXHIBIT C**

**From:** DOIFOIA PublicLiaison <DOIFOIAPublicLiaison@sol.doi.gov>
**Sent:** Tuesday, May 13, 2025 4:20 PM
**To:** Cynthia M. Kovack <ckovack@bernsteinlaw.com>
**Subject:** Re: [EXTERNAL] FOIA Requests NOT Received

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[EXTERNAL SENDER]

Dear Ms. Kovack - This office has contacted the FWS FOIA Office handling your request. We have requested that they provide you a status on your request by May 15, 2025.

We appreciate your patience with this.

FOIA Public Liaison
U.S. Department of the Interior
Tel: (888) 603-7119

---

**From:** Cynthia M. Kovack <ckovack@bernsteinlaw.com>
**Sent:** Monday, May 12, 2025 1:32 PM
**To:** shaunta_nichols@fws.com <shaunta_nichols@fws.com>; DOIFOIA PublicLiaison <DOIFOIAPublicLiaison@sol.doi.gov>; FOIA, FWHQ <FWHQ_FOIA@fws.gov>
**Cc:** Kerri Coriston Sturm <ksturm@bernsteinlaw.com>
**Subject:** [EXTERNAL] FOIA Requests NOT Received

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Good afternoon,

The below are six (6) FOIA requests that have been submitted with no determination or documents being received. We have continued to follow up on these requests to no avail. Attached are email exchanges. We are requesting that within five (5) business days from the date of this email we receive the determination and documents that have been requested.

DOI-FWS-2024-00535 – date of FOIA request: May 2, 2024

DOI-FWS-2024-000655 – date of FOIA request: June 18, 2024

DOI-FWS-2024-000965 – date of FOIA request: September 26, 2024

DOI-FWS-2025-002129- date of FOIA request: December 11, 2024

DOI-FWS-2025-003467- date of FOIA request: February 3, 2025

DOI-FWS 2025-003469- date of FOIA request: February 3, 2025

V/r,

Cynthia

_____

**Cynthia M. Kovack│Paralegal**



601 Grant Street 9th Floor | Pittsburgh, PA 15219

ckovack@bernsteinlaw.com | P: 412-456-8120 | F: 412.456.8135

